**File Hashes for IP Address 173.63.99.202**

**ISP:** Verizon FiOS
**Physical Location:** Eatontown, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/08/2014 02:28:39 | F17C99B9F814FE506FDA683EAF89A0C16534855E | A Good Man |

**Total Statutory Claims Against Defendant: 1**

EXHIBIT A

CNJ215