### Copyrights-In-Suit for IP Address 173.63.99.202

**ISP:** Verizon FiOS
**Location:** Eatontown, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Good Man | PAu003737452 | 08/19/2014 | 05/27/2014 | 10/08/2014 |

**Total GOOD MAN PRODUCTIONS, INC. Copyrights Infringed:  1**

EXHIBIT B

CNJ215



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PAu003737452
Search Results: Displaying 1 of 1 entries

### A GOOD MAN.

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PAu003737452 / 2014-05-27 |
| **Application Title:** | A GOOD MAN. |
| **Title:** | A GOOD MAN. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | GOOD MAN PRODUCTIONS INC. Address: 100 UNIVERSAL CITY PLZ 5183, UNIVERSAL CITY, CA, 91608, United States. |
| **Date of Creation:** | 2014 |
| **Authorship on Application:** | GOOD MAN PRODUCTIONS INC, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | BRYAN SEXTON, 100 UNIVERSAL CITY PLZ 5183, UNIVERSAL CITY, CA, 91608, United States, (818) 733-3700, bs@hmbmail.com |
| **Names:** | GOOD MAN PRODUCTIONS INC |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT B