A. Jordan Rushie, Esq.
Flynn Wirkus Young, P.C.
NJ ID No. 043232008
2424 E York Street, Suite 316
Philadelphia, PA 19125
T: (215) 568-1440
jrushie@flynnwirkus.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOOD MAN PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 173.63.99.202, <br><br> Defendant. | Civil Action No. 3:14-cv-07877-MLC-LHG |

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

        Respectfully submitted,

        */s/ A. Jordan Rushie*

        A. Jordan Rushie
        **Flynn Wirkus Young, P.C.**
        NJ ID No. 043232008
        2424 E York Street, Suite 316
        Philadelphia, PA 19125
        215-568-1440
        jrushie@flynnwirkus.com